| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Angel R. Delpilar** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0837** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Western District of Virginia** | Date case filed for chapter  **7   8/29/16** |
| Case number:   **16–61733** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Angel R. Delpilar | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 34 <br> South Boston, VA 24592–0034 | |
| 4. | **Debtor's attorney** <br> Name and address | Reginald R Yancey <br> P O Box 11908 <br> Lynchburg, VA 24506 | Contact phone 434 528–1632 <br><br> Email: **None** |
| 5. | **Bankruptcy trustee** <br> Name and address | Andrew S Goldstein(68) <br> PO Box 404 <br> Roanoke, VA 24003–0404 | Contact phone 540–343–9800 <br><br> Email: agoldstein@mglspc.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor **Angel R. Delpilar**                                              Case number **16–61733**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1100 Court St., Room 166<br>Lynchburg, VA 24504 | Hours open 8:00 a.m. – 4:30 p.m.<br><br>Contact phone (434) 845–0317<br><br>Date: 8/30/16 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 18, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required *** | Location:<br><br>**cr mtg, DAN, 3rd Flr Courtroom,, US Courthouse, 700 Main St.,, Danville, VA 24541** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/19/16** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                              United States Bankruptcy Court
                               Western District of Virginia
In re:                                                                  Case No. 16-61733-pmb
Angel R. Delpilar                                                       Chapter 7
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0423-6           User: admin                 Page 1 of 1                  Date Rcvd: Aug 30, 2016
                               Form ID: 309A               Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
db              Angel R. Delpilar,    PO Box 34,    South Boston, VA  24592-0034
tr              Andrew S Goldstein(68),    PO Box 404,    Roanoke, VA  24003-0404
4322902        +AMB,    Halifax County Rescue Squad,    PO Box 9150,    Paducah, KY 42002-9150
4322901        +Allied Interstate LLC,    P O  Box 361445,    Columbus, OH 43236-1445
4322906        +First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
4322907        +Frontline Asset Strategies,    Dept 101345,    PO Box 1259,    Oaks, PA 19456-1259
4322908        +Glasser and Glasser,    PO Box 3400,    Norfolk, VA 23514-3400
4322909         Halifax County Rescue Squad,    PO Box 183,    South Boston, VA 24592-0183
4322910        +Halifax Radiological Associate,    PO Box 340,    Halifax, VA 24558-0340
4322911         MCV Physicians,    of The VCU Health System,    1601 Willow Lawn Dr. Suite 275,
                 Richmond, VA 23230-3422
4322912         One Advantage, LLC,    PO Box,    Belleville, IL 62223-0860
4322913        +Piedmont Credit & Collection,    PO Box 1596,    Danville, VA 24543-1596
4322915        +Sentara,    P.O. Box 2156,    Morrisville, NC 27560-2156
4322916         Sentara Collections,    PO Box 79698,    Baltimore, MD 21279-0698
4322917        +Sentara Halifax Emergency Phys,    PO Box 860,    South Boston, VA 24592-0860
4322919         VCU Health,    PO Box 758721,    Baltimore, MD 21275-8721
4322920         Virginia Employment Commission,    Cashier's Office,    PO Box 26971,    Richmond, VA 23261-6971
4322921         Virtual Radiologic Professionals LL,    PO Box 371863,    Pittsburgh, PA 15250-7863
4322922         Vital Recovery Services, LLC,    PO. Box 923748,    Peachtree Corners, GA 30010-3748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: rryald@comcast.net Aug 30 2016 22:21:04     Reginald R Yancey,    P O Box 11908,
                 Lynchburg, VA  24506
ust            +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov Aug 30 2016 22:21:25     USTrustee,
                 Office of the United States Trustee,    210 First Street, Suite 505,    Roanoke, VA 24011-1620
4322903         E-mail/Text: bankruptcy@bbandt.com Aug 30 2016 22:21:17     BB & T,    PO Box 1847,
                 Wilson, NC 27894
4322904         E-mail/Text: bankruptcy@bbandt.com Aug 30 2016 22:21:17     BB&T,    PO Box 580435,
                 Charlotte, NC 28258-0435
4322914         EDI: PRA.COM Aug 30 2016 22:13:00      Portfolio Recovery Associates LLC,    PO Box 12914,
                 Norfolk, VA 23541
4322918         EDI: AGFINANCE.COM Aug 30 2016 22:13:00      Springleaf Financial,    Suite #700,
                 3601 Old Halifax Rd,    South Boston, VA 24592-4928
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4322905         Commonwealth of Virginia
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0
```